GLENN E. OSBORNE, Doing Business under the Firm Name and Style of MAY-FAIR YARNCRAFT, Appellant, v. LESTER H. SOLOMON, Respondent.— Order unanimously affirmed, with twenty dollars costs and disbursements, with leave to the plaintiff to serve an amended complaint within twenty days after service of order upon payment of said costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

CARL BYOIR, Appellant, v. TROTTING HORSE CLUB OF AMERICA, INC., Respondent.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

GEORGE L. McCONNELL, Appellant, v. CARIBBEAN PETROLEUM COMPANY, Respondent.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

CHARLES H. MORRIS and Others, Appellants, v. DAVID A. SCHULTE and Others, Respondents, Impleaded with Others, Defendants.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

ALFRED LIPPE, Respondent, v. NEW YORK TELEPHONE COMPANY, Appellant.— Judgment unanimously reversed, with costs, and the complaint dismissed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.; Untermyer, J., taking no part.

HAROLD W. McCORMICK, Appellant, v. BOARD OF EDUCATION OF UNION FREE SCHOOL DISTRICT No. 20 OF THE TOWN OF HEMPSTEAD, NASSAU COUNTY, NEW YORK, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

Dr. ROBERT C. FISHER, as Substituted Trustee under the Last Will and Testament of MARY A. FISHER, Deceased, Appellant, v. PASQUALE GRASSI and Others, Respondents.— Order, so far as appealed from, unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

In the Matter of Proving the Last Will and Testament of ANNIE KATZ, Deceased, as a Will of Real and Personal Property. DAVID READER and FRANCES READER, Appellants; HERMAN KATZ and MARTIN GOLLUBIER, as Special Guardian, Respondents.— Decree unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

ANDREW S. BERTANI, Appellant, v. ALEXANDER DONELIN, Defendant, Impleaded with ABRAHAM KRASNE, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

SARAH LEWIS and AUGUST LEWIS, Appellants, v. THE CITY OF NEW YORK, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

MORRIS WASSERMAN, Appellant, v. THOMAS E. MURRAY, JR., as Receiver of INTERBOROUGH RAPID TRANSIT COMPANY, Respondent.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.; Untermyer, J., taking no part.